# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

In Re:   Suzelle Denise Lyons,
         Debtor
_____/   CH. 7
                                      Case# 07-44549

## ORDER GRANTING DEBTOR'S MOTION

IT IS HEREBY ORDERED that:

A.   Rula Mahayni, MD & Oakland Infectious Disease Associates, shall within 30 days of this Order pay the sum of $1,000.00, payable to Kallabat & Associates, P.C., 30100 Telegraph Rd., Suite 404, Bingham Farms, MI 48025. The aforementioned sum may be paid by either Rula Mahayni, MD & Oakland Infectious Disease Associates in full satisfaction of said funds due.

B.   Rula Mahayni, MD & Oakland Infectious Disease Associates shall prepare a written statement signed by both of them and delivered contemporaneously with the above indicated payment stating affirmatively that they will not in any way further pursue collection of that debt and will otherwise comply with the statutory provision against doing so.

**Signed on September 11, 2007**

                                          **/s/ Walter Shapero**
                                     **Walter Shapero**
                                     **United States Bankruptcy Judge**